UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HUCKABEE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden,<br><br>　　　　　　Respondents. | No.  2:14-cv-2298 KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and a request for appointment of counsel.  Petitioner consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).

　　　　Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

　　　　The court's records reveal that petitioner previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case.  The previous application was filed on July 5, 2001, and was denied on the merits on August 10, 2006.  Huckabee v. Adams, Case No. 2:01-cv-1795 DFL CMK (E.D. Cal.).  Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the

1

1  Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C.
2  § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its re-
3  filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.
4       In light of the above, petitioner's request for appointment of counsel is denied as
5  premature.
6       In accordance with the above, IT IS HEREBY ORDERED that:
7       1.  Petitioner's application to proceed in forma pauperis (ECF No. 5) is granted;
8       2.  Petitioner's motion to appoint counsel (ECF No. 3) is denied without prejudice; and
9       3.  This action is dismissed without prejudice.
10  Dated:  October 28, 2014

12  /huck2298.succ

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2