UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HUCKABEE,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br><br>Respondents. | No. 2:14-cv-2298 KJN P<br><br><br><br>ORDER |

On October 28, 2014, the petition for writ of habeas corpus was dismissed without prejudice because he previously filed a petition for writ of habeas corpus that was denied on the merits, which required that petitioner obtain an order from the United States Court of Appeals for the Ninth Circuit authorizing this court to consider petitioner's successive petition. (ECF No. 8 at 1-2.) Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

On March 16, 2015, petitioner filed a document styled, "Continuation of Petition after Denial of Successive by 9th Cir. Court." (ECF No. 10.) Petitioner states that the Ninth Circuit denied his request for a successive petition on the issue of ineffective assistance of counsel in connection with the underlying plea bargain on February 27, 2015. Petitioner seeks to continue his original petition without the ineffective assistance of counsel claim, and to pursue his other two original issues.

1

1    However, as stated in this court's prior order, petitioner must obtain authorization from
2    the Ninth Circuit to allow this court to consider any of the claims contained in the original
3    petition.  Because petitioner already sought habeas relief and such claims were resolved on the
4    merits on August 10, 2006, in Huckabee v. Adams, Case No. 2:01-cv-1795 DFL CMK (E.D.
5    Cal.), petitioner cannot proceed on a second petition for writ of habeas corpus until the Ninth
6    Circuit grants him such authorization.  Absent such authorization, the Eastern District cannot
7    consider any petition for writ of habeas corpus filed after August 10, 2006, no matter what claims
8    are contained therein.
9    This action was closed on October 28, 2014.  No further filings shall be made in this
10   terminated action, and no orders will issue in response to future filings.
11   In accordance with the above, IT IS HEREBY ORDERED that petitioner's March 16,
12   2015 filing (ECF No. 10) is placed in the court file and disregarded.
13   Dated: March 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/huck2298.suc2

2